UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:11-CV-24259-DLG
MAGISTRATE: GOODMAN

PINK LOTUS ENTERTAINMENT, LLC

       Plaintiff,

vs.

JOHN DOE,

       Defendant.
_____/

## PLAINTIFF, PINK LOTUS ENTERTAINMENT, LLC'S., VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, PINK LOTUS ENTERTAINMENT, LLC, by and through the undersigned counsel, voluntarily dismisses without prejudice its complaint against JOHN DOE.

Respectfully submitted,

PINK LOTUS ENTERTAINMENT, LLC.

**DATED:** February 17, 2012

By:   /s/ Joseph Perea_____
Joseph Perea (Bar No. 47782)
Prenda Law
1111 Lincoln Road,
Suite 400
Miami Beach, FL 33139
Tel: 305-748-2102
Fax: 305-748-2103
joperea@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                                             s/ Joseph Perea
                                                                             JOSEPH PEREA